EMMA BISHOP, as Administratrix, etc., of ARTHUR BISHOP, Deceased, Respondent, v. THE KINGSTON GAS AND ELECTRIC COMPANY, Appellant. — Sent to Second Department.

In the Matter of the Claim of MARY RHEINWALD, Respondent, for Compensation for the Death of ROBERT RHEINWALD, v. BUILDERS' BRICK AND SUPPLY COMPANY, Employer, and FIDELITY AND DEPOSIT COMPANY OF BALTIMORE, MARYLAND, Insurance Carrier, Appellants.— Award reversed on the authority of *Matter of Bargey* v. *Massaro Macaroni Co.* (218 N. Y. 410). All concurred, except Woodward, J., who voted to affirm on the opinion in *Matter of Rheinwald* v. *Builders' Brick & Supply Co.* (168 App. Div. 425).

In the Matter of the Claim of GUISEPPE CACCAVANO, Claimant, for Compensation under the Workmen's Compensation Law, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Employer, Appellant.— Motion denied.

In the Matter of the Claim of the Dependents of MICHAEL SULLIVAN, Respondents, v. INDUSTRIAL ENGINEERING COMPANY, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Motion denied.